UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

IN RE:                              )
                                    )
ABIGAIL P. HOLLORAN,                )
                                    )
    Debtor.                         )
_____

                                    )
ROBERT H. WALDSCHMIDT,              )
                                    )
    Trustee/Appellee,               )
                                    )
    v.                              )    Case No. 3:06-0449
                                    )    JUDGE ECHOLS
ABIGAIL P. HOLLORAN,                )
                                    )
    Debtor/Appellant.               )

## ORDER

For the reasons set forth in the Memorandum entered contemporaneously herewith, the Bankruptcy Court's "Order Denying Motion for Reconsideration of Order Granting Summary Judgment and Denying Discharge of Debtor" is hereby AFFIRMED.

Accordingly, this appeal is hereby DISMISSED.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE